# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | | |
|---|---|---|
| RALPH PAIGE | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) Civil Action No. 2:21-cv-2113-RMG | |
| The 3M Company, et al. | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* The 3M Company f/k/a Minnesota Mining and Manufacturing Co.

Service via email: 3M_Service_AFFF_MDL@duffyandyoung.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
 Merritt E. Cunningham
 Stag Liuzza, L.L.C.
 365 Canal Street
 Suite 2850
 New Orleans, LA 70130

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Robin L. Blume
*CLERK OF COURT*

Date: 7/14/2021

s/Sandra Shealy
*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

ADDITIONAL DEFENDANTS FOR SUMMONS

AGC CHEMICALS AMERICAS, INC.
Via email to: agccaservice@crowell.com

AMEREX CORP.
c/o James Proctor, II
2900 Highway 280, Ste. 300
Birmingham, AL 35223

ARCHROMA US, INC
Via email to: robertjordan@parkerpoe.com; steveweber@parkerpoe.com; charlesraynal@parkerpoe.com; and janicestafford@parkerpoe.com

ARKEMA, INC
Via email to: AFFFArkemaService@sidley.com

BASF CORPORATION
Via email to: BASF-AFFF-Service@dlapiper.com

BUCKEYE FIRE EQUIPMENT COMPANY
c/o Michael Carpenter
Gray, Layton, Kersh, Solomon, Furr & Smith, P.A.
516 South New Hope Road
Post Office Box 2636
Gastonia, NC 28053
And Via email to: mcarpenter@gastonlegal.com; msingleton@gastonlegal.com

CARRIER GLOBAL CORPORATION
Vie email to: KiddeDefendantsAFFF@daypitney.com

CHEMDESIGN PRODUCTS, INC.
Via email to: jblakley@grsm.com and dmyoung@grsm.com

CHEMGUARD
Via email to: mdlafff@jci.com and afffservice@wc.com

CHEMICALS, INC.
Via email to: otwaddell@goldbergsegalla.com;
jparker@goldbergsegalla.com

THE CHEMOURS COMPANY, LLC
Via email to: dupontchemoursservice@shb.com and mrushton@shb.com
and mfwilliams@shb.com

THE CHEMOURS COMPANY FC, LLC
Via email to: dupontchemoursservice@shb.com and mrushton@shb.com
and mfwilliams@shb.com

CHUBB FIRE, LTD.
Via email to: KiddeDefendantsAFFF@daypitney.com

CLARIANT CORPORATION
Via email to: robertjordan@parkerpoe.com; steveweber@parkerpoe.com;
charlesraynal@parkerpoe.com; and janicestafford@parkerpoe.com

CORTEVA, INC.
Via email to: AFFFservice@bartlitbeck.com

DEEPWATER CHEMICALS, INC.
Via email to: Deepwater@wbd-us.com

DUPONT DE NEMOURS, INC.
Via email to: AFFFservice@bartlitbeck.com

E.I. DU PONT DE NEMOURS & CO.
Via email to: dupontchemoursservice@shb.com; mrushton@shb.com; mfwilliams@shb.com

DYNAX
Via email to: kwarner@smithlaw; cbrinson@smithlaw.com; aries@smithlaw.com; and cbona@smithlaw.com

KIDDE-FENWAL, INC.
Via email to: KiddeDefendantsAFFF@daypitney.com

KIDDE, PLC., INC.
Via email to: KiddeDefendantsAFFF@daypitney.com

NATION FORD CHEMICAL COMPANY
Via email to: eware@williamsmullen.com; rlevy@williamsmullen.com; pwerner@williamsmullen.com and styer@williamsmullen.com

NATIONAL FOAM, INC.
Via email to: smithkei@gtlaw.com

TYCO FIRE PRODUCTS, L.P SUCCESSOR IN INTEREST TO THE ANSUL COMPANY
Via email to: mdlafff@jci.com and afffservice@wc.com

UNITED TECHNOLOGIES CORPORATION
Via email to: KiddeDefendantsAFFF@daypitney.com

UTC FIRE & SECURITY AMERICAS CORPORATION, INC.
Via email: KiddeDefendantsAFFF@daypitney.com